UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | No.  3:16-CR-153 |
| **Plaintiff,** | : | INFORMATION |
| vs. | : | Judge Walter H. Rice |
| **MICHAEL KIRKWOOD,** | : | |
| **Defendant.** | : | |

———————————————

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT ONE

Between on or about December 15, 2015, and May 19, 2016, in the Southern District of Ohio, the defendant, **MICHAEL KIRKWOOD**, knowingly accessed with intent to view one or more matters which contain visual depictions that had been shipped and transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, and the production of such visual depictions involved the use of prepubescent minors engaging in sexually explicit conduct, and such visual depictions were of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

BENJAMIN C. GLASSMAN
United States Attorney

ANDREW J. HUNT
Assistant United States Attorney