ARRAIGNMENT AND PLEA                                    DATE: 1/3/17

CAPTION: USA v. Michael Kirkwood                        CASE NUMBER: 3:16-CR-153

Pltf's Attorney: Andrew Hunt                            Deft's. Attorney: Cheryll Bennett

[✓] Defendant appeared with counsel and arraigned.

[✓] Defendants sentencing guidelines range discussed and Defendant stated he understood possible Sentence.

[✓] Maximum penalties and guideline levels discussed with Defendant by counsel prior to the hearing.

[✓] Defendant's constitutional rights explained and understood.

[✓] Defendant waived constitutional rights.

[✓] Plea agreement read into the record by **Andrew Hunt**.

[✓] Court will make a recommendation to accept the Plea agreement and make it a permanent part of the record.

[✓] Statement of Facts read by **Andrew Hunt**.

[✓] Defendant acknowledged accuracy of Statement of Facts.

[✓] Defendant entered a plea of **GUILTY to Counts 1**

[✓] Defendant referred to Probation Department for Presentence Investigation.

[✓] Bond of detention previously set will be continued in full force an effect pending further order of the Court..

[✓] Sentencing set for 4/5/2017 at 2:00 pm. in Courtroom #1 before Judge Walter H. Rice.

COURT REPORTER: Debra Futrell                           CONVENED: 3:30

CLERK: Phil Butler for Cindy Fugate                     RECESS: 4:45