IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.  3:16 CR 153 |
| Plaintiff, | : | |
| v. | : | JUDGE WALTER H. RICE |
| **MICHAEL KIRKWOOD** | : | |
| Defendant. | : | MOTION FOR CONTINUANCE |

_____

The United States of America, by and through counsel, respectfully requests the Court grant a continuance of the sentencing hearing scheduled for June 15, 2017 for approximately 30 days.

The United States has recently received information identifying potential victims who may have standing to make restitution claims in this matter.  In order to allow for any restitution claims to be submitted, and to allow the parties to potentially resolve by agreement such claims, the United States requests this continuance.

Undersigned contacted Cheryll Bennett, attorney for the defendant, who has no objections to this request.

                                                                                               Respectfully submitted,

                                                                                                BENJAMIN C. GLASSMAN
                                                                                                United States Attorney

                                                                                                s/Andrew J. Hunt_____
                                                                                                ANDREW J. HUNT (0073698)
                                                                                                Assistant United States Attorney
                                                                                                200 West Second Street, Suite #600
                                                                                                Dayton, Ohio 45402
                                                                                                (937) 225-2910
                                                                                                andrew.hunt@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Motion was served this 7th day of June 2017, electronically on: Cheryll Bennett, Esq.

                                               s/Andrew J. Hunt
                                               ANDREW J. HUNT (0073698)
                                               Assistant United States Attorney