IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 3:16 CR 153** |
| **v.** | : | **JUDGE WALTER H. RICE** |
| **MICHAEL KIRKWOOD** | : | **NOTICE OF APPEARANCE AS CO-COUNSEL** |

NOW COMES Assistant U.S. Attorney Laura I. Clemmens and hereby notifies this Court of her appearance as co-counsel in the case captioned above.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney


s/Laura I. Clemmens
LAURA I. CLEMMENS (OR 02276)
Assistant United States Attorney
Attorney for Plaintiff
200 West Second Street, Suite 600
Dayton, Ohio 45402
(937) 225-2910
Fax: (937) 225-2564
Laura.Clemmens@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 28th day of June, 2017 via CM/ECF on counsel of record.

s/Laura I. Clemmens
LAURA I. CLEMMENS (OR 02276)
Assistant United States Attorney