IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.  3:16 CR 153 |
| v. | : | JUDGE WALTER H. RICE |
| **MICHAEL KIRKWOOD** | : | MOTION TO CONTINUE |

Comes now the United States of America, by and through counsel, and respectfully moves this Court for a continuance of the sentencing hearing scheduled to commence on August 3, 2017, to allow for resolution of the remaining restitution issues.  In addition, the government respectfully requests additional time to prepare for the sentencing hearing.

The government has contacted counsel for the defendant and she has no opposition to a brief continuance.  WHEREFORE, the undersigned would respectfully request that this Court grant a continuance of the sentencing hearing.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney


s/Laura I. Clemmens
LAURA I. CLEMMENS (OR 02276)
Assistant United States Attorney
200 West Second Street
Suite #600
Dayton, Ohio 45402
(937) 225-2910
Fax: (937) 225-2564
Laura.Clemmens@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Motion was served on Counsel of Record this 2nd day of August, 2017.

                                                  s/Laura I. Clemmens
                                                  LAURA I. CLEMMENS (OR 02276)
                                                  Assistant United States Attorney