IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MICHAEL KIRKWOOD,

        Defendant.

:   Case No. 3:16CR153

:   JUDGE WALTER H. RICE

:

---

ENTRY REFERRING DEFENDANT TO THE FORENSIC PSYCHIATRY CENTER FOR WESTERN OHIO FOR PURPOSES OF A MENTAL STATUS EVALUATION, PURSUANT TO 18 U.S.C. §3552(c), PROCEDURES ORDERED OF COUNSEL

---

This Court, upon its own motion, pursuant to 18 U.S.C. §3552(c), refers Defendant herein to the Forensic Psychiatry Center for Western Ohio, for the purposes of a mental status evaluation.

Defendant is to be moved to the Montgomery County Jail by the United States Marshal. Accordingly, it is the request of this Court that counsel for the defendant and the government furnish the Forensic Psychiatry Center for Western Ohio with any materials and/or statements they wish within seven days from date of this Entry. The Forensic Psychiatry Center for Western Ohio should delay any evaluation until expiration of the seven day period. For its part, the Court will furnish the Pre-Sentence Investigation Report, sentencing memoranda, and letters.

The Forensic Psychiatry Center for Western Ohio is to establish an appointment time with Montgomery County Jail to evaluate the Defendant.

The officials at the Montgomery County Jail are to do all within their power to facilitate this evaluation.

August 21, 2017

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
United States Marshal
Montgomery County Jail